

FILED & ENTERED

DEC 30 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Janet M. Kim,<br><br><br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  8:24-bk-12190-SC<br>Adv. No.:  8:24-ap-01140-SC<br><br>**ORDER (1) VACATING PRETRIAL CONFERENCE AND (2) SETTING TRIAL** |
| Between US Apparel LLC,<br><br>Plaintiff(s),<br><br>    v.<br><br>Janet M. Kim,<br><br>Defendant(s). | <u>Vacated Pretrial Conference:</u><br>Date:          January 6, 2026<br>Time:          10:00 AM<br>Courtroom: 5C<br><br><u>Trial:</u><br>Date:          May 28, 2026<br>Time:          9:30 AM<br>Courtroom: 5C |

///

-1-

The pretrial conference set for January 6, 2026 is VACATED. Trial shall take place on May 28, 2026 at 9:30 a.m. in Courtroom 5C at the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, CA 92701.

The parties are specifically advised to cooperate and follow all local and federal rules. The parties must comply with the Court's rules and procedures for regular trials, which may be found on the Court website.

Plaintiff is cautioned that the failure to do so will result in the dismissal of this case.

**IT IS SO ORDERED.**

Date: December 30, 2025

Scott C. Clarkson
United States Bankruptcy Judge

-2-